IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TOOMBS CONTRACTING COMPANY | § § | CASE NO.  08-38113-H2-7 |
| Debtor | § | CHAPTER 7 |
| | § § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

XX   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

____   More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: May 4, 2011            /s/ *Rodney Tow*
                              Federal ID # 3196
                              Rodney D. Tow
                              Chapter 7 Trustee
                              26219 Oak Ridge Drive
                              The Woodlands, TX 77380
                              281-681-9100

CERTIFICATE OF SERVICE

   I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 4th of May, 2011.
                               /s/ *Rodney Tow*
                              Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

<u>XXX</u>   Small Dividends

<u>         </u>            Unclaimed Dividends

**DIVIDEND REPORT**

Page No:  1

| Case No: | 08-38113-H4-7 | Date Printed: | 5/4/2011 |
| --- | --- | --- | --- |
| Case Name: | TOOMBS CONTRACTING COMPANY | Check Number: | 10017 |
| Trustee Name: | Rodney Tow | Check Date: | 05/04/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
| --- | --- | --- | --- |
| 7 | FALDYN AUTO SUPPLY<br>210 East Travis<br>Tex, as 78945 | $372.06 | $3.61 |
| 12 | LA GRANGE UTILITIES<br>155 E. Colorado<br>La Grange, TX 78945 | $446.87 | $4.34 |
| 13 | BRIGHTPAGES<br>P.O. Box 15132<br>Wilimingto, DE 198505132 | $154.00 | $1.50 |
| 15 | BERRY'S EXXON<br>102 West Travis<br>La Grange, TX 78945 | $335.68 | $3.26 |
|  | **Total Check Amount:** |  | **$12.71** |